FILED

2013 MAR 13 PM 3:01

NORTHERN DISTRICT OF OHIO
CLEVELAND

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF OHIO

Stebbins Michael W.
Plaintiff,

v.

Tuscarawas County Jail
Defendant.

Case No. 5:13CV0547

JUDGE ADAMS

JUDGE David D. Dowd JR

COMPLAINT

MAG. JUDGE BURKE

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  YES ___  NO ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county):

09/09kk

3. Docket Number: _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):
_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: _____

    A. Is there a prisoner grievance procedure in this institution? <u>YES</u>  NO

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?  <u>YES</u>  NO

    C. If your answer is "yes",

        1. What steps did you take? complaints, grievances, copies of File to Attourney General, F.B.I, Judge David D Dowd Jr, prosecuter

        2. What was the result? I was sent this packet From the clerk of Court, Because I sent out Duplicate copies

    D. If your answer is "no", explain why not:
_____

    E. If there is no prisoner grievance prcedure in the institution, did you complain to prison authorities?  <u>YES</u>  NO

F. If your answer is "yes",

    1. What steps did you take? _____

N/A _____

    2. What was the result? _____

_____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of the Plaintiff **Michael Wayne Stebbins**
   Address **215 High St Apt A Hartville Ohio 44632**

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants.)

B. Defendant **Tuscqrawas County Jail** is employed as _____ at **Tuscarawas Co. Jail**.

C. Additional Defendants

N/A _____

_____

IV. Statement of Claim

(State here the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite

-3-

any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. Attach extra sheet(s) if necessary.)

I was Booked in Nov 28Th 2013. Upon arrival I explained all my medical conditions, and the medications I was prescribed. After being incarcerated going on three weeks. I began to File complaints, and then grievances. During this time I still wasn't seen by a doctor after 1 month we started argueing back, and Forth over a $1500 initial doctors visit Fee. Because I said I had chest pain they put me in observation. It was actually a isolation unit. they said medical observation. From there I was placed in a classification's unit. Were I was told, when to go in and out oF my cell when to come out by two inmates to eat, Play cards, watch t.V., Ect. AFter Four days one inmate came in while one blocked the door and beat me up. I suFFered A couple knots, and bruises, and A broken rib. I am a Medium Security, Non violent oFFender. I was assaulted, and kidnapped by two Maximum, Violent

-4-

affenders. I was threatened that ,if I

(Statement of Claim continued)

told. I would get beat up again. I waited till the next morning to tell while they were still sleeping. When then took me to medical I told them I fell. I was afraid I would be beaten up again. They put me back in a isolation unit because I had suffered a broken rib, and my blood pressure was out of control. It was now Jan 8Th And I had not even got my blood pressure under control. they told me they put me back in isolation because of my blood pressure, and I recieved a broken rib when I got beat up. I was put back in Isolation Jan 8th. By now I had been beaten up or: Assaulted, Kidnapped, I suffered Medical Malpractice, Neglagance, cruel and unusual punishment. I was booked in Nov 28th And they never even got a handle on my blood pressure till Jan 16Th. They put me in observation for my blood pressure on Jan 8 and never even checked it till the 16Th. they mixed me in with maximum security, violent inmates were I suffered a broken rib

-5-

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Do not give any legal arguments or cite any cases or statutes.)

I would like early release on my sentence, and the alloted amount for a single inmate at this jail. For how long I spend at this jail.

Signed this __3__ day of __March__, 20__13__.

I declare under penalty of perjury that the foregoing is true and correct.

__3/3/13__
Date

__Mike Stalbums__
Signature of Plaintiff

-6-